UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LUGENE HUDSON, | Case No. 20-cv-02783-DMR (PR) |

This action was opened on April 22, 2020, when the Court received from Plaintiff a letter that concerned prison conditions. Dkt. 1.

On the same date, the Clerk of the Court notified Plaintiff in writing that his action was deficient in that he had not submitted his complaint on a proper complaint form and had not submitted an *in forma pauperis* application. Dkts. 2, 4. In addition, the Clerk notified Plaintiff in writing that this matter has been assigned to the undersigned Magistrate Judge. Dkt. 3.

Further review of Plaintiff's case reveals that, in addition to failing to submit the proper documents, he has also initiated his civil action in the wrong judicial district. Plaintiff's letter states that he is currently incarcerated at the Wasco State Prison ("WSP") in Wasco, California. He alleges that "police here have no respect for inmates," that he "needs someone from the outside to review this (misconduct)" and that WSP "use[s] 'underground' regulations to violate inmates['] constitutional rights, and the administrat[ion] turn[s] a blind eye on the facts." Dkt. 1 at 1. Plaintiff fails to further elaborate on the aforementioned alleged constitutional violations in his one-page letter.

WSP is located in the Eastern District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.[1]  The Clerk shall transfer the case forthwith.

If Plaintiff wishes to further pursue this action, he must complete the complaint form and *in forma pauperis* application required by the United States District Court for the Eastern District of California and mail them to that district.

All remaining motions are TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

Dated: June 19, 2020

DONNA M. RYU
United States Magistrate Judge

---

[1] Venue transfer is a non-dispositive matter and, thus, it falls within the scope of the jurisdiction of the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).