UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUGENE HUDSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WASCO STATE PRISON,<br><br>　　　　　Defendant. | No. 1:20-cv-00876-NONE-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO OBEY COURT ORDERS AND LACK OF PROSECUTION<br><br>(Doc. No. 12)<br><br>CLERK OF COURT TO CLOSE CASE |

　　　　Plaintiff is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On June 24, 2020, this action was transferred to this court from the Northern District of California. (Doc. No. 7.) The court provided plaintiff with an informational order and new case documents. (Doc. No. 8.)

　　　　On April 2, 2021, the court issued an order to show cause directing plaintiff to show cause, within twenty-one days, why this case should not be dismissed for lack of prosecution, failure to file a civil rights complaint, failure to submit a magistrate judge jurisdiction form, and failure to submit an application to proceed in forma pauperis or pay the filing fee for this action. (Doc. No. 10.) The court cautioned that "[f]ailure to comply with this order will result in a

/////

recommendation for the dismissal of this case." (*Id.*)  Plaintiff failed to comply or otherwise respond to the order.

On May 6, 2021, the assigned magistrate judge issued findings and recommendations to dismiss action for failure to obey court orders and for lack of prosecution.  (Doc. No. 12.)  That order indicated that any objections should be filed within fourteen days.  (*Id.*)  To date, no objections have been received.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on May 6, 2021 (Doc. No. 12) are adopted in full.
2. This action is dismissed without prejudice for plaintiff's failure to obey court orders and lack of prosecution.
3. The Clerk of Court is directed to assign a district judge to this action for purposes of closure and to close this case.

IT IS SO ORDERED.

Dated: **May 27, 2021**

Dale A. Drozd
UNITED STATES DISTRICT JUDGE